No. 80–1783. CALIFORNIA *v.* CHADD. Sup. Ct. Cal. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 80–1806. HARRIS, CORRECTIONAL SUPERINTENDENT, ET AL. *v.* BERMUDEZ ET AL. C. A. 2d Cir. Motions of respondents Jose Laureno, Jose Bonilla, and Fernando Bermudez for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 80–2035. ELECTRONIC DATA SYSTEMS CORPORATION IRAN *v.* SOCIAL SECURITY ORGANIZATION OF THE GOVERNMENT OF IRAN ET AL. C. A. 5th Cir. Motion of Citibank, N. A., et al. for leave to file a brief as *amici curiae* granted. Motion of petitioner for an expedited briefing schedule and oral argument denied. Certiorari before judgment denied.

No. 80–5693. CRAWFORD *v.* TEXAS. Ct. Crim. App. Tex.;
No. 80–6322. SKILLERN *v.* TEXAS. Ct. Crim. App. Tex.;
No. 80–6345. BULLOCK *v.* MISSISSIPPI. Sup. Ct. Miss.; and
No. 80–6401. YOUNG *v.* ZANT, WARDEN. Super. Ct. Ga., Butts County. Certiorari denied. Reported below: No. 80–5693, 617 S. W. 2d 925; No. 80–6322, 609 S. W. 2d 762; No. 80–6345, 391 So. 2d 601.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 80–660. SILVER SPUR CASINO ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL., 451 U. S. 906. Petition for rehearing denied.